Maps | CoreCivic Cimarron Correctional Facility to US District Court Clerk | Drive 54.3 miles, 1 hr 3 min



Map data ©2021   5 mi

## CoreCivic Cimarron Correctional Facility
3200 S Kings Hwy, Cushing, OK 74023

### Take S Kings Hwy and W 9th St/E0720 Rd to OK-33 E
12 min (6.1 mi)

1. Head west toward S Kings Hwy
   0.2 mi
2. Turn right onto S Kings Hwy
   2.0 mi
3. Turn right onto W 9th St/E0720 Rd
   3.0 mi
4. Turn left onto S Harmony Rd/N3520 Rd
   1.0 mi

### Continue on OK-33 E. Take I-44 E to S Lawton Ave in Tulsa. Take exit 4C from I-244 E
48 min (47.5 mi)

5. Turn right onto OK-33 E
   Pass by Dollar General (on the right in 6.9 mi)
   30.7 mi
6. Turn left to merge onto I-44 E toward Tulsa
   ⚠ Toll road
   11.7 mi
7. Keep left to continue on I-244 E
   4.6 mi

**EXHIBIT 1**

| | | | |
|---|---|---|---|
| ↰ | 8. | Use the 2nd from the right lane to stay on I-244 E | |
| | | | 0.2 mi |
| ↰ | 9. | Take exit 4C for 7th St toward Downtown | |
| | | | 0.2 mi |

**Continue on S Lawton Ave to your destination**

3 min (0.7 mi)

| | | | |
|---|---|---|---|
| ↰ | 10. | Turn left onto S Lawton Ave | |
| | | | 0.1 mi |
| ↰ | 11. | Continue straight onto S Heavy Traffic Way | |
| | | | 0.1 mi |
| ↰ | 12. | Turn right onto S Houston Ave | |
| | | | 338 ft |
| ↰ | 13. | Turn left onto W 3rd St | |
| | | | 0.3 mi |
| ↰ | 14. | Turn right onto S Denver Ave. | |
| | | | 174 ft |
| ↰ | 15. | Turn right | |
| | | | 82 ft |
| ↰ | 16. | Turn left | |
| | | ⓘ Destination will be on the right | |
| | | | 144 ft |

# US District Court Clerk

333 W 4th St # 411, Tulsa, OK 74103

These directions are for planning purposes only. You may find that construction projects, traffic, weather, or other events may cause conditions to differ from the map results, and you should plan your route accordingly. You must obey all signs or notices regarding your route.

**EXHIBIT 1**



**CoreCivic Cimarron Correctional Facility to United States Courthouse**

Drive 69.4 miles, 1 hr 11 min



Map data ©2021    5 mi

## CoreCivic Cimarron Correctional Facility

3200 S Kings Hwy, Cushing, OK 74023

**Get on I-44 in Lincoln County from OK-18 S**

30 min (25.5 mi)

1. Head west toward S Kings Hwy
   0.2 mi

2. Turn right onto S Kings Hwy
   2.0 mi

3. Turn left onto W 9th St/E0720 Rd
   4.9 mi

4. Turn left onto OK-18 S
   17.8 mi

5. Slight right onto the I-44 W ramp to Okla. City
   ⚠ Toll road
   0.6 mi

**Continue on I-44 to Oklahoma City. Take exit 1F from I-235 S**

39 min (43.4 mi)

6. Merge onto I-44
   ⚠ Toll road
   17.4 mi

7. Keep left to stay on I-44
   ⚠ Toll road
   13.8 mi

**EXHIBIT 1**

8. Use the left lane to take the I-35 S/I-44 W exit toward Downtown
   ⚠️ Toll road

   0.5 mi

9. Merge onto I-35 S/I-44

   4.2 mi

10. Keep right at the fork to continue on I-44, follow signs for Lawton/Amarillo

    2.7 mi

11. Use any lane to take the exit toward US-77 S

    0.5 mi

12. Keep left at the fork to continue on Exit 127, follow signs for I-235 S/Okla. City/Downtown/US-77 S and merge onto US-77 S

    0.6 mi

13. Continue onto I-235 S/US-77 S

    3.6 mi

14. Take exit 1F toward N. 6 St W/Downtown

    0.2 mi

**Drive to NE 4th St**

3 min (0.5 mi)

15. Turn right onto Harrison Ave

    0.2 mi

16. Turn right onto NE 4th St
    ℹ️ Destination will be on the left

    0.3 mi

## United States Courthouse

200 NW 4th St, Oklahoma City, OK 73102

These directions are for planning purposes only. You may find that construction projects, traffic, weather, or other events may cause conditions to differ from the map results, and you should plan your route accordingly. You must obey all signs or notices regarding your route.

**EXHIBIT 1**